José Ma Menendez, Respondent, *v.* José Menendez, Appellant.

(Submitted October 16, 1885 ; decided October 30, 1885.)

*Thomas Darlington* for appellant.

*Roger M. Sherman* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

Samuel F. Cowdrey et al., Appellants, *v.* Jeremiah O'Connell, et al., Respondents.

(Argued October 16, 1885 ; decided October 30, 1885.)

*S. F. & F. H. Cowdrey* appellants in person.

*G. B. Van Wart* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

The Seneca Nation of Indians, Respondent, *v.* Henry Folts, Appellant.

(Submitted October 16, 1885 ; decided October 30, 1885.)

*W. H. Henderson* for appellant.

*B. F. Congdon* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.